# EXHIBIT C

Case 6:24-mc-00032-WWB-UAM   Document 1-3   Filed 05/24/24   Page 1 of 3 PageID 43







Title Director, CEO

Shipchandler, Khozema
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Asst. Treasurer

Blow, Chris
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

Bell, Charles H.
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Treasurer

Vaniman, Bryan
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

Stafman, Andrew
101 Spear Street
Suite 500
San Francisco, CA 94105

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2022 | 04/22/2022 |
| 2023 | 02/24/2023 |
| 2024 | 04/22/2024 |

## Document Images

| Document | |
| --- | --- |
| 04/22/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2023 -- ANNUAL REPORT | View image in PDF format |
| 06/23/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/22/2022 -- ANNUAL REPORT | View image in PDF format |
| 07/28/2021 -- ANNUAL REPORT | View image in PDF format |
| 09/02/2020 -- Foreign Profit | View image in PDF format |

Previous On List    Next On List    Return to List    twilio    Search

**No Events**    **No Name History**

Florida Department of State, Division of Corporations