# EXHIBIT F

| | |
|---|---|
| **Subject:** | Re: Anthony Lawson v. Visionworks., Case No: 6:23-cv-01566-WWB-EJK - Discovery Meet and Confer Follow-Up |
| **Date:** | Thursday, April 11, 2024 at 9:01:21 PM Eastern Daylight Time |
| **From:** | Alana Mannige |
| **To:** | Chris Berman |
| **CC:** | Garrett Berg, Andrew Shamis, Joshua Jacobson, Brianne Williams |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png, image010.png, image011.png, image012.png, image013.png, image014.png, image015.png, image016.png, image017.png, image018.png, image019.png, image020.png, image021.png, image022.png, image023.png, image024.png, image025.png, image026.png, image027.png, image028.png, image029.png, image030.png, image031.png, image032.png, image033.png, image034.png, image035.png, image036.png, image037.png, image038.png, image039.png, image040.png, image041.png, image042.png, image043.png, image044.png, image045.png, image046.png, image047.png, image048.png, image049.png, image050.png, image051.png, image052.png, image053.png, Anthony Lawson v. Visionworks of America Response.pdf |

**Security Notice:** This is an external email. Stop and think before you click links or open attachments.

*- Ten4 TG*

Hi Chris,

Thanks for your time this morning. For clarity, Twilio's responses are not overdue – we timely served our responses and objections on March 19th, and they are re-attached here. Also, and contrary to the summary in your email, our position is as follows: it would be both premature and an unnecessary burden to compel non-party Twilio to search for, collect and produce the requested documents when you have already requested that same information from VisionWorks, an actual party. This is particularly true because VisionWorks has independent access (via its Twilio account) to the materials that are already the subject of your pending motion to compel.

That there is a pending motion to compel makes immediate production from Twilio even more inappropriate. The Court, and not the parties (let alone non-parties), should decide the proper scope and timing of discovery; if Twilio produced documents now it would deprive VisionWorks of an opportunity to have its objections be heard and improperly take the decision out of the Court's hands. And there is no need to rush this process: discovery closes on December 30, 2024, leaving ample time to resolve your pending motion before burdening non-party Twilio.

Separately, I must reiterate that certain of your requests are improper no matter the timing. As you know, under ECPA Twilio cannot produce text message content, which means that you would anyways need to go to VisionWorks for the text of any messages at issue. See, e.g., 18 U.S.C. § 2702. Moreover, only VisionWorks (not Twilio) would be able to identify which text messages are actually relevant to your case.

We're always happy to meet and confer if you believe there is additional information that we're missing. However, given the current facts, Twilio will be standing on its objections. Once the Court has ruled on your pending Motion to Compel and VisionWorks has complied with any relevant order, we would be happy to discuss whether Twilio has a proper role in helping resolve any remaining factual questions.

Thanks,
Alana

Alana Mannige

Senior Counsel, Litigation



EMAIL     amannige@twilio.com

On Thu, Apr 11, 2024 at 11:29 AM Chris Berman <cberman@shamisgentile.com> wrote:

> Alana,
>
> Documenting our meet and confer call just now. Twilio is refusing to comply with Plaintiff's subpoena, of which its responses are currently overdue (due back on April 3, 2024). During the call I relayed that we have communicated Twilio's procedures for obtaining the text logs to Defendant and cc'd you on these emails. I also relayed that Defendant has taken the position of refusing to produce the requested text logs and class data, and we have filed a Motion to Compel these documents and information. I also communicated with you that Defendant has filed a Motion to Stay and/or Bifurcate Discovery, which Plaintiff has filed its Opposition to this week.
>
> You relayed to me that Twilio will not comply with the subpoena as it believes it has no obligation to do so as a third party to this case and that Twilio wanted to wait until the Court rules on these Motions, described above, before it would consider complying. I also attempted, as a compromise to hold all document requests and the scheduled deposition in abeyance if Twilio would be willing to simply produce the inbound and outbound texts logs for Visionworks, for the relevant time period. Twilio rejected this compromise as well.
>
> If I misstated anything in here please let me know. Thank you for your time this morning.
>
> All the best,
>
>    Christopher E. Berman | Attorney
>
> SHAMIS GENTILE
>
> CLASS ACTION LAW FIRM
>
> 14 NE 1st Ave Suite 705 | Miami, FL 33132
>
> Tel: 305.479.2299 | Fax: 786.623.0915
>
> www.shamisgentile.com
>
> 

**From:** Alana Mannige <amannige@twilio.com>
**Date:** Monday, April 1, 2024 at 1:52 PM
**To:** Chris Berman <cberman@shamisgentile.com>
**Cc:** Garrett Berg <gberg@shamisgentile.com>, Andrew Shamis <ashamis@shamisgentile.com>, Joshua Jacobson <joshua@jacobsonphillips.com>, Brianne Williams <bwilliamsceds@twilio.com>
**Subject:** Re: FW: Anthony Lawson v. Visionworks., Case No: 6:23-cv-01566-WWB-EJK - Discovery Meet and Confer Follow-Up

**Security Notice:** This is an external email. Stop and think before you click links or open attachments.

*- Ten4 TG*

Hi Chris,

How about Thursday at 11 am ET?

Best,

Alana

**Alana Mannige**

Senior Counsel, Litigation

EMAIL      amannige@twilio.com

On Fri, Mar 29, 2024 at 4:42 PM Chris Berman <cberman@shamisgentile.com> wrote:

> Hi Alana,
>
> Let me know if we can set up another call next week. Visionworks has communicated its refusal to comply with the requests for the call logs, as shown below.
>
> All the best,