Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
sheri@zwillgen.com

Attorneys for Respondent
Twilio, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LAWSON,<br><br>    *Petitioner*,<br><br> v.<br><br>TWILIO, INC.,<br><br>    *Respondent*. | Case No. 3:24-mc-80129-PHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE TO RESPOND TO MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO, INC. TO PRODUCE DOCUMENTS AND TESTIFY AT DEPOSITION** |

Pursuant to Local Civil Rule 6-1(b), Respondent Twilio, Inc. ("Twilio" or "Respondent") and Petitioner Anthony Lawson ("Petitioner") (collectively, "Parties") hereby stipulate as follows:

1. WHEREAS, on May 24, 2024, Petitioner filed a Motion to Enforce Subpoena and Compel Production of Documents and Deposition in Compliance with Non-Party Subpoena to Twilio. Inc. ("Motion") as a miscellaneous action. The Motion seeks to compel non-party Twilio to comply with a subpoena served on Twilio on March 5, 2024 in connection with an underlying action pending in the U.S. District Court for the Middle District of Florida, *Lawson v. Visionworks of America, Inc.*, No. 6:23-cv-01566-WWB-EJK;

2. WHEREAS, on May 30, 2024, Twilio's registered agent was served with the Motion and Summons;

3. WHEREAS, Twilio's current deadline to "answer" the Motion is June 20, 2024, *see* ECF 4;

4. WHEREAS, counsel for the Parties met and conferred, and agreed that justification and good cause exist to set a briefing schedule and/or extend the time for Twilio to respond to the Motion;

5. WHEREAS, the Parties have agreed to the following briefing schedule for the Motion:

- Twilio shall file its response to the Motion by July 1, 2024;
- Petitioner shall file its reply in support of the Motion by August 1, 2024.

6. WHEREAS, justification and good cause exist because Twilio only recently retained undersigned counsel, this request would allow Twilio time to complete its review of the Motion and prepare an appropriate response, and the briefing schedule would accommodate the upcoming July 4th holiday;

7. WHEREAS, this is Twilio's first request for an extension of time, and the requested extension and briefing schedule will not alter the date of any other event or deadline already fixed by Court order.

1

STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE TO RESPOND TO MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO, INC. TO PRODUCE DOCUMENTS AND TESTIFY AT DEPOSITION / CASE NO. 3:24-mc-80129-PHK

NOW, THEREFORE, THE PARTIES STIPULATE by and through their respective counsel, and respectfully request the Court to approve pursuant to Civil L.R. 6-1(b), that Twilio shall file its response to the Motion by July 1, 2024 and Petitioner shall file its reply in support of the Motion by August 1, 2024.

**IT IS SO STIPULATED.**

Dated: June 6, 2024	**ZWILLGEN LAW LLP**

By: /s/ Sheri Pan
Sheri Pan (SBN 316136)
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
sheri@zwillgen.com

*Counsel for Respondent Twilio, Inc.*

Dated: June 6, 2024	**EDELSBERG LAW, P.A.**

By: /s/ Scott Edelsberg
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Petitioner*

### SIGNATURE ATTESTATION

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: June 6, 2024	By: /s/ Sheri Pan
Sheri Pan

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Twilio shall file its response to the Motion by July 1, 2024;

Petitioner shall file its reply in support of the Motion by August 1, 2024.

Dated: June 6, 2024

Hon. Peter H. Kang
United States Magistrate Judge