1    Sheri Pan (SBN 316136)
     ZWILLGEN LAW LLP
2    369 Pine Street, Suite 506
     San Francisco, CA 94104
3    Telephone: (415) 590-2341
     Facsimile: (415) 636-5965
4    sheri@zwillgen.com

5
     *Attorneys for Respondent*
6    *Twilio Inc.*

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12
     ANTHONY LAWSON,                    Case No. 3:24-mc-80129-PHK
13
                    *Petitioner*,       **DECLARATION OF ALANA MANNIGE**
14                                       **IN SUPPORT OF OPPOSITION TO**
          v.                             **PETITIONER'S MOTION TO**
15                                       **ENFORCE SUBPOENA TO NON-**
     TWILIO INC.,                        **PARTY TWILIO INC.**
16
                    *Respondent*.
17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF ALANA MANNIGE IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION TO
ENFORCE SUBPOENA TO NON-PARTY TWILIO INC. / CASE NO. 3:24-mc-80129-PHK

1    I, Alana Mannige, hereby declare as follows:

2    1.    I am employed at Twilio Inc. as Senior Counsel, Litigation. I am over the age of

3 eighteen and have personal knowledge of the facts set forth in this declaration. If called to testify, I

4 could and would testify competently thereto.

5    2.    Attached as Exhibit A is a true and correct copy of emails exchanged between

6 Petitioner's counsel and Twilio between March 19, 2024 and March 21, 2024.

7

8    I declare under penalty of perjury under the laws of California and the United States that

9 the foregoing is true and correct.

10    Executed this 1st day of July 2024 in ____Berkeley Lake, Georgia____.

11

By:  *Alana Mannige*
___6625C9ADABDD4C1___

12    Alana Mannige

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DECLARATION OF ALANA MANNIGE IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION TO
ENFORCE SUBPOENA TO NON-PARTY TWILIO INC. / CASE NO. 3:24-mc-80129-PHK