**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LAWSON,<br><br>        *Petitioner*,<br><br>v.<br><br>TWILIO, INC.,<br><br>        *Respondent*. | Case No. 3:24-mc-80129-PHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO, INC. TO PRODUCE DOCUMENTS AND TESTIFY AT DEPOSITION** |

Pursuant to Local Civil Rule 6-1(b), Respondent Twilio, Inc. ("Twilio" or "Respondent") and Petitioner Anthony Lawson ("Petitioner") (collectively, "Parties") hereby stipulate as follows:

1. WHEREAS, on May 24, 2024, Petitioner filed a Motion to Enforce Subpoena and Compel Production of Documents and Deposition in Compliance with Non-Party Subpoena to Twilio. Inc. ("Motion") as a miscellaneous action. The Motion seeks to compel non-party Twilio to comply with a subpoena served on Twilio on March 5, 2024 in connection with an underlying action pending in the U.S. District Court for the Middle District of Florida, *Lawson v. Visionworks of America, Inc.*, No. 6:23-cv-01566-WWB-EJK (the "Underlying Action");

2. WHEREAS, on May 30, 2024, Twilio's registered agent was served with the Motion and Summons;

3. WHEREAS, on June 6, 2024, this Court entered the Parties Stipulation and Order Setting the Briefing Schedule with respect to Twilio's Response and Petitioner's Reply in Support of Petitioner's Motion *see* ECF 6;

4. WHEREAS, on July 1, 2024, Twilio filed its Opposition in Response to Petitioner's Motion, *see* ECF 7;

5. WHEREAS, counsel for the Parties met and conferred, and agreed that justification and good cause exist to modify the briefing schedule and/or extend the time for Petitioner to file its Reply in support of its Motion;

6. WHEREAS, the Parties have agreed to the following modification of the briefing schedule as follows:

    - Petitioner shall file its reply in support of the Motion by August 16, 2024.

7. WHEREAS, justification and good cause exist because affording Petitioner the additional time may potentially narrow the scope of what he seeks to compel in his Motion here. Specifically, on July 26, 2024, the U.S. District Court for the Middle District of Florida in the Underlying Action issued an order (ECF 46) extending Visionworks' current document production deadline to August 9, 2024. Accordingly, Petitioner requests additional time to file its Reply so

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE WITH REPECT TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO, INC. TO PRODUCE DOCUMENTS AND TESTIFY AT DEPOSITION / CASE NO. 3:24-mc-80129-PHK

that he may reply to Twilio's Opposition in Response to Petitioner's Motion and potentially narrow the scope of Petitioner's Motion after Visionworks' current August 9, 2024 deadline for production;

8. WHEREAS, this is Petitioner's first request for an extension of time, and the requested extension and modification of the briefing schedule will not alter the date of any other event or deadline already fixed by Court order.

NOW, THEREFORE, THE PARTIES STIPULATE by and through their respective counsel, and respectfully request the Court to approve pursuant to Civil L.R. 6-1(b), that Petitioner shall file its Reply in support of its Motion by August 16, 2024.

**IT IS SO STIPULATED.**

Dated: August 1, 2024                 **EDELSBERG LAW, P.A.**

By: /s/ Scott Edelsberg
    Scott Edelsberg, Esq. (CA Bar No. 330990)
    1925 Century Park E #1700
    Los Angeles, CA 90067
    Telephone: 305-975-3320
    scott@edelsberglaw.com
*Counsel for Petitioner*

Dated: August 1, 2024                 **ZWILLGEN LAW LLP**

By: /s/ Sheri Pan
    Sheri Pan (SBN 316136)
    369 Pine Street, Suite 506
    San Francisco, CA 94104
    Telephone: (415) 590-2341
    Facsimile: (415) 636-5965
    sheri@zwillgen.com

*Attorney for Respondent Twilio, Inc.*

## **SIGNATURE ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 1, 2024                By: /s/ Scott Edelsberg
                                         Scott Edelsberg

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE WITH REPECT TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO, INC. TO PRODUCE DOCUMENTS AND TESTIFY AT DEPOSITION / CASE NO. 3:24-mc-80129-PHK

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Petitioner shall file its reply in support of the Motion by August 16, 2024.

Dated: August 1, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge