# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:24–mc–80129–PHK

| | |
|---|---|
| Lawson v. Twilio, Inc. | Date Filed: 05/24/2024 |
| Assigned to: Magistrate Judge Peter H Kang | Date Terminated: 12/02/2024 |
| Cause: Civil Miscellaneous Case | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Lawson** | represented by | **Scott Adam Edelsberg** |
| | | Edelsberg Law, PA |
| | | 1925 Century Park E, #1700 |
| | | Los Angeles, CA 90067 |
| | | (305) 975–3320 |
| | | Email: scott@edelsberglaw.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Twilio, Inc.** | represented by | **Sheri B. Pan** |
| | | ZwillGen Law LLP |
| | | ZwillGen Law LLP |
| | | 369 Pine Street, Suite 506 |
| | | Ste #1504 |
| | | 94104 |
| | | San Francisco, CA 94104 |
| | | 415–590–2341 |
| | | Email: sheri@zwillgen.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2024 | 1 | MISCELLANEOUS MATTER: Motion to Enforce Subpoena and Compel Production of Documents and Deposition ( Filing fee $ 52, receipt number ACANDC–19448460.). Filed by Anthony Lawson. (Attachments: # 1 Exhibit A – Class Action Complaint, # 2 Exhibit B – Cali Division Corps, # 3 Exhibit C – Florida Division Corps, # 4 Exhibit D – Subpoena, # 5 Exhibit E – Objections to subpoena, # 6 Exhibit F – Emails, # 7 Summons)(Edelsberg, Scott) (Filed on 5/24/2024) Modified on 5/31/2024 (ecg, COURT STAFF). Modified on 12/2/2024 (jaf, COURT STAFF). (Entered: 05/24/2024) |
| 05/24/2024 | 2 | Case assigned to Magistrate Judge Peter H Kang. (kmg, COURT STAFF) (Filed on 5/24/2024) (Entered: 05/24/2024) |
| 05/24/2024 | 3 | Summons Issued as to Twilio, Inc. (mcl, COURT STAFF) (Filed on 5/24/2024) (Entered: 05/24/2024) |

| 06/03/2024 | Ï 4 | SUMMONS Returned Executed by Anthony Lawson. Twilio, Inc. served on 5/30/2024, answer due 6/20/2024. (Edelsberg, Scott) (Filed on 6/3/2024) (Entered: 06/03/2024) |
|---|---|---|
| 06/06/2024 | Ï 5 | STIPULATION WITH PROPOSED ORDER re 1 Motion to Enforce Subpoena and Compel Production of Documents and Deposition *to Set a Briefing Schedule* filed by Twilio, Inc.. (Pan, Sheri) (Filed on 6/6/2024) (Entered: 06/06/2024) |
| 06/06/2024 | Ï 6 | **Order by Magistrate Judge Peter H Kang granting 5 Stipulation. Response due July 1, 2024. Reply due August 1, 2024. (phklc2, COURT STAFF) (Filed on 6/6/2024) (Entered: 06/06/2024)** |
| 07/01/2024 | Ï 7 | OPPOSITION/RESPONSE (re 1 Motion to Enforce Subpoena and Compel Production of Documents and Deposition ) filed byTwilio, Inc.. (Pan, Sheri) (Filed on 7/1/2024) (Entered: 07/01/2024) |
| 07/01/2024 | Ï 8 | Declaration of Alana Mannige in Support of 7 Opposition/Response to Motion *to Enforce Subpoena* filed byTwilio, Inc.. (Attachments: # 1 Exhibit A−email exchange)(Related document(s) 7 ) (Pan, Sheri) (Filed on 7/1/2024) (Entered: 07/01/2024) |
| 07/01/2024 | Ï 9 | Certificate of Interested Entities by Twilio, Inc. *and Corporate Disclosure Statement* (Pan, Sheri) (Filed on 7/1/2024) (Entered: 07/01/2024) |
| 08/01/2024 | Ï 10 | STIPULATION WITH PROPOSED ORDER *to modify briefing schedule with respect to Plaintiff's Reply in support of its Motion to Enforce Subpoena to Non−party Twilio, Inc. to produce documents and testify at deposition* filed by Anthony Lawson. (Edelsberg, Scott) (Filed on 8/1/2024) (Entered: 08/01/2024) |
| 08/01/2024 | Ï 11 | **Order by Magistrate Judge Peter H Kang granting 10 Stipulation to Modify Briefing Schedule. Reply brief due August 16, 2024. (phklc2, COURT STAFF) (Filed on 8/1/2024) (Entered: 08/01/2024)** |
| 08/16/2024 | Ï 12 | REPLY (re 1 Motion to Enforce Subpoena and Compel Production of Documents and Deposition ) *In Support of Motion to Enforce Subpoena and Compel Production of Documents and Deposition* filed byAnthony Lawson. (Edelsberg, Scott) (Filed on 8/16/2024) (Entered: 08/16/2024) |
| 12/02/2024 | Ï 13 | **ORDER TRANSFERRING MOTION TO ENFORCE SUBPOENA.**<br><br>Signed by Magistrate Judge Peter H Kang on 12/02/2024.<br><br>(phklc2, COURT STAFF) (Filed on 12/2/2024) (Entered: 12/02/2024) |
| 12/02/2024 | Ï | Transferring case electronically to the Middle District of Florida. (gba, COURT STAFF) (Filed on 12/2/2024) (Entered: 12/04/2024) |