# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY LAWSON, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

TWILIO, INC.,

   *Defendant*.
_____/

Case No. 6:24-mc-00032-WWB-EJK

## **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SUBPOENA**

Due to the Parties Joint Notice of Settlement, filed on November 20, 2024 and class resolution (subject to this Court's approval) of the underlying matter of *Anthony Lawson et al, vs. Visionworks of America, Inc.*, Case No. 6:23-cv-01566-WWB-EJK, Plaintiff hereby withdraws its Motion to Enforce Subpoena and Compel Production of Documents and Deposition of Non-Party Twilio, Inc., filed on May 24, 2024 [ECF No. 1], without prejudice.

DATED: December 10, 2024

Respectfully submitted,

                                              */s/ Andrew Shamis*
                                              Andrew J. Shamis, Esq.
                                              FBN: 101754
                                              **SHAMIS & GENTILE, P.A.**
                                              ashamis@shamisgentile.com
                                              14 NE 1st Avenue, Suite 705
                                              Miami, FL 33132
                                              Telephone: 305-479-2299

Scott Edelsberg, Esq.
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
FBN: 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Counsel for Plaintiff and the Putative Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2024, a true and correct copy of the foregoing Joint Notice of Settlement was filed using the Court's CM/ECF system, which will send an electronic notification to all counsel of record.

*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.