IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LAWSON, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

TWILIO, INC.,

   *Defendant*.

_____/

Case No. 6:24-mc-00032-WWB-EJK

## **NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the attorney listed below, Andrew J. Shamis, Esq., will serve as Lead Counsel for Plaintiff, Anthony Lawson, in the above-styled action:

**SHAMIS & GENTILE., P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: 305-479-2299
Primary email: ashamis@shamisgentle.com

DATED: December 11, 2024

                              Respectfully submitted,

                              */s/ Andrew J. Shamis*
                              Andrew J. Shamis, Esq.
                              **SHAMIS & GENTILE, P.A**
                              Florida Bar No. 101754
                              ashamis@shamisgentile.com
                              14 NE 1st Avenue, Suite 705

Miami, Florida 33132
Telephone: 305-479-2299

Scott Edelsberg, Esq.
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave Suite 417
Aventura, FL 33180
Tel: 305-975-3320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 11th day of December, 2024.

/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.