# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

ANTHONY LAWSON, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

TWILIO, INC.,

      Defendant.
_____/

Case No. 6:24-MC-00032-WWB-EJK

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Anthony Lawson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Anthony Lawson, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: January 7, 2025

      Respectfully Submitted,

      **SHAMIS & GENTILE, P.A.**
      /s/ Andrew J. Shamis
      Andrew J. Shamis, Esq.
      Florida Bar No. 76124
      ashamis@shamisgentile.com
      14 NE 1st Avenue, Suite 705
      Miami, FL 33132
      Telephone: 305-479-2299

      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ Andrew J. Shamis
    Andrew J. Shamis, Esq.

Counsel for Plaintiff